```
                    UNITED STATES DISTRICT COURT                    FILED
                    WESTERN DISTRICT OF TEXAS
                          AUSTIN DIVISION                       2016 SEP 20  PM 4:44

                                                              CLERK US DISTRICT COURT
                                      §   CRIMINAL NO.        WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA,             §                              BY_____ kkc
                     Plaintiff,       §                                 DEPUTY
v.                                    §   INDICTMENT  A16 CR 237 SS
                                      §
PERNELL ELLIOTT WILLIAMS              §
aka                                   §
PURNELL ELLIOTT WILLIAMS,             §
                    Defendant.        §
```

THE GRAND JURY CHARGES:

## COUNT ONE
**Possession of Firearm by Person Convicted of Domestic Violence Misdemeanor**
[18 U.S.C. § 922(g)(9)]

On or about April 23, 2016, in the Western District of Texas, the Defendant,

**PURNELL ELLIOTT WILLIAMS,**

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Sig Sauer P250, .40 caliber semi-automatic pistol bearing serial number EAK197293. Such possession occurred after the defendant had been convicted of a misdemeanor crime of domestic violence, namely, Assault (Family Violence), in violation of Texas Penal Code Section 22.01, in the County Court at Law No. 4, of Travis County, Texas, Cause Number C-1-CR-10-152626, on or about May 7, 2012, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT TWO
**Receiving a Firearm while under Indictment**
[18 U.S.C. § 922(n)]

Between May 5, 2015 and April 23, 2016, the exact date being unknown to the grand

jury, in the Western District of Texas, the Defendant,

**PURNELL ELLIOTT WILLIAMS,**

did intentionally, willfully, and knowingly receive a firearm, namely, a Sig Sauer P250, .40 caliber, semi-automatic pistol bearing serial number EAK197293 which had been shipped and transported in interstate commerce, while under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Burglary of a Habitation, as alleged under Cause Number D-1-DC-14-900137 in the 147th Judicial District Court of Travis County, Texas; and

2. Unauthorized Recordings, as alleged under Cause Number D-1-DC-13-300080 in the 403rd Judicial District Court of Travis County, Texas,

in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

Foreperson

RICHARD L. DURBIN JR.
UNITED STATES ATTORNEY

By: _____
Anthony W. Brown
Assistant U.S. Attorney