UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO. A-16-CR-237 (1) SS |
| | § | |
| PURNELL ELLIOTT WILLIAMS | § | |

**MOTION FOR CONTINUANCE TO ALLOW MR. WILLIAMS TO SEEK PRIVATE COUNSEL**

TO THE HONORABLE SAM SPARKS, UNITED STATES DISTRICT JUDGE, FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

Now comes David M.C. Peterson, Assistant Federal Public Defender and court-appointed attorney for defendant Purnell Elliott Williams, requesting a continuance of the jury selection and trial and would show the Court as follows:

Mr. Williams is charged in a two-count indictment with a violation of 18 U.S.C. § 922(g)(9), possession of a firearm by person convicted of domestic violence misdemeanor, and a violation of 18 U.S.C. § 922(n), receiving a firearm while under indictment.

On September 26, 2016, Mr. Williams sought to waive and did waive his right to counsel in this case. Judge Austin conducted a full hearing under *Faretta v. California*, 422 U.S. 806-816-22, and found that Mr. Williams' decision to proceed *pro se* was made voluntarily and intelligently. *See* Docket # 47.

On September 28, 2016 an arraignment and detention hearing was held. Following the hearing, Defendant Williams requested that undersigned counsel seek appointment to represent him, and seek a reconsideration of bond. On September 30, 2016, counsel was appointed to

represent Mr. Williams in this case. On October 5, 2016, represented by counsel, Williams appeared before the Court on his motion to reconsider bond, and the Court set conditions of release for Mr. Williams. He was released from county jail the following day, October 6, 2016.

On October 26, 2016, Mr. Williams sought again to represent himself. On November 1, 2016, upon Mr. Williams' reassertion of his right to represent himself, the magistrate again conducted a full *Faretta* hearing and again found Mr. Williams' assertion of his right to represent himself to be voluntarily and intelligently made. Since that time, Mr. Williams has been unequivocal in his desire to represent himself. On December 5, 2016, Mr. Williams appeared before U.S. Magistrate Judge Mark Lane *pro se*.

On Friday, December 9, 2016, Mr. Williams appeared before this Court. This Court conducted a third *Faretta* hearing, after the Court revoked Mr. Williams' right to self-representation and ordered undersigned counsel to represent Mr. Williams at trial. Mr. Williams objected to the Court's ruling and again—now through counsel—objects to the Court's ruling and asserts his unequivocal desire to represent himself. The Court ordered trial to proceed on Monday, December 12, 2016.

Because undersigned counsel has been either counsel or standby counsel since the initiation of the case, undersigned counsel is fully prepared to proceed with jury trial over his client's objection to his representation on Monday, December 12, 2016, as ordered by the Court.

However, in light of the Court's ruling, Mr. Williams requests a continuance of at least 7 days in order that he, along with his family, may have the opportunity to seek, consult with, and hire private counsel of his choosing. His right to counsel was revoked on the final business day before trial, and thus he was unable to seek, consult with, and retain private counsel of his choosing

during that time.  As such, he requests a continuance of the jury trial for at least one week in order

for the opportunity to seek private counsel of his choosing.

                                               Respectfully submitted.

                                               MAUREEN SCOTT FRANCO
                                               Federal Public Defender

                                             _____

                                             /s/ DAVID M.C. PETERSON
                                             Assistant Federal Public Defender
                                             Western District of Texas
                                             Lavaca Plaza
                                             504 Lavaca St., Ste. 960
                                             Austin, Texas 78701
                                             (512) 916-5025
                                             (512) 916-5035 (FAX)
                                             Bar Number: California 254498

                                             *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2016, I electronically filed the foregoing

Defendant's CONTINUANCE TO ALLOW MR. WILLIAMS TO SEEK PRIVATE COUNSEL

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

the following:

Anthony Wayne Brown
Assistant U.S. Attorney
816 Congress Ave., Ste. 1000
Austin, TX 78701

_____

/s/ DAVID M.C. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

UNITED STATES OF AMERICA           §
                                   §
                                   §
V.                                 §       CAUSE NO. A-16-CR-237 (1) SS
                                   §
PURNELL ELLIOTT WILLIAMS           §

**O R D E R**

On this date came on to be considered Defendant's Motion for CONTINUANCE TO ALLOW MR. WILLIAMS TO SEEK PRIVATE COUNSEL thereon and the Court, after considering same, is of the opinion that said motion should be granted, and enters the following:

This lawsuit was set for jury selection and trial beginning at 8:30 a.m. on December 12, 2016 in the United States Courthouse, Courtroom 2, 501 West Fifth Street, Austin, Texas. On December 9, 2016, the Court found Mr. Williams had not knowingly and intelligently waived his right to counsel and ordered Mr. David Peterson to represent him at trial. In light of this Court's ruling, Mr. Williams requests that he be afforded a continuance of at least one week in order to seek private counsel to represent him at trial.

IT IS ORDERED that jury selection and trial shall be reset for the _____ day of _____, 2016 at 8:30 a.m. to afford Mr. Williams a reasonable opportunity to seek counsel of his own choosing.

Signed this _____ day of _____, 2016.

_____
SAM SPARKS
United States District Judge