Filed 12/12/16

Clerk, U. S. District Court
Western District of Texas
By _____ *am*
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,

-vs-

PURNELL ELLIOTT WILLIAMS,

CAUSE NO.:
A-16-CR-00237-SS

## ORDER

BE IT REMEMBERED on the 12th day of December 2016, the Court—with jurors being summoned and present in the jury selection room—reviewed Defendant Purnell Elliot Williams's Motion for Continuance [#48] filed electronically on December 10th (a Saturday), whereby Mr. Williams seeks to employ counsel in his defense. Mr. Williams has been set for trial on this day, by order of the Court of November 2, 2016. At all times since his initial appearance, Mr. Williams has been represented by competent counsel, excepting when he demanded to proceed *pro se* with ordered standby counsel present. A competent and experienced trial lawyer who is an assistant public defender has at all times either been representing Mr. Williams or ready to assist him upon request, notwithstanding Mr. Williams's persistent objections. The Indictment in this case was filed on September 20, 2016, and Mr. Williams was arrested on September 22, 2016. He has had ample time to seek and employ new counsel to date.

Mr. Williams conduct in demanding to proceed to *pro se* and having standby counsel has clearly been his history in two of the now-pending cases filed against him in the state court (one filed in 2013 and a second one filed in 2014). Mr. Williams has a history in those cases of having appointed counsel, and when his trial date comes into view, filing his own motions obtaining the dismissal of appointed counsel and thereafter the appointment of new counsel. According to the

files in the state cases, at no times has Mr. Williams employed counsel, and his trial dates have been put off until January 17, 2017 in those cases.

Accordingly,

IT IS ORDERED that Defendant Purnell Elliot Williams's Motion for Continuance [#48] is DENIED. Mr. Williams has experienced, competent counsel to represent him in this trial, who has been available or representing him by order of the Court since Mr. Williams's initial appearance.

SIGNED this the 12th day of December 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE