PS 8
(8/88)

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

17 APR 24  AM 10: 01

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U. S. A. vs. Purnell Elliott Williams             Docket No. A:16-CR-237 (1) SS

## Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Albert P. Sierra</u>, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant <u>Purnell Elliott Williams</u> who was placed under pretrial release supervision by the Honorable <u>Andrew W. Austin</u> sitting in the court at <u>Austin</u>, on the <u>5th</u> day of <u>October, 2016</u> under the following conditions:

<u>See Appearance Bond an Order Setting Conditions of Release dated October 5, 2016.</u>

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his release:

**(7) (m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

On October 5, 2016, the defendant was released by U.S. Magistrate Judge Andrew W. Austin on a Personal Recognizance bond with Pretrial supervision. On April 7, 2017, the defendant submitted a urine specimen for testing which returned positive for the presence of marijuana and cocaine. On April 13, 2017, the defendant was confronted with said results and subsequently admitted to ingesting marijuana and cocaine on or about April 1, 2017 (see attached admission form). AUSA Marshall has been made aware of said violation.

**PRAYING THAT THE COURT WILL ORDER A WARRANT** be issued for the defendant's arrest and he be brought before the court to show cause as to why his bond should not be revoked.

Respectfully submitted,

Albert P. Sierra
Sr. U.S. Pretrial Services Officer
Place: Austin, Texas
Date: April 24, 2017

## ORDER OF COURT

Considered and ordered this <u>24th</u> day of <u>April, 2017</u>, and ordered filed and made a part of the records in the above case.

Mark Lane
U.S. Magistrate Judge