IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-50542
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
March 6, 2018
Lyle W. Cayce
Clerk

D.C. Docket No. 1:16-CR-237-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

PURNELL ELLIOTT WILLIAMS, also known as Pernell Elliott Williams,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued as the mandate on Mar 28, 2018**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

domestic relationship is required to sustain a conviction under § 922(g)(9), Williams did not raise this issue at trial. Accordingly, our review is for plain error only. See *United States v. Delgado-Martinez*, 564 F.3d 750, 752-53 (5th Cir. 2009).

domestic relationship is necessary for the federal firearm conviction, the underlying misdemeanor offense need not have a domestic relationship as an element. *United States v. Hayes*, 555 U.S. 415, 418, 421-29 (2009). The record contains sufficient evidence from which the jury could reasonably conclude that Ronnessa Williams, the assault victim, was Williams's wife at the time of the incident. *See United States v. Mitchell*, 484 F.3d 762, 768 (5th Cir. 2007); 18 U.S.C. § 921(a)(33). Accordingly, the judgment of the district court is AFFIRMED.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 28, 2018

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 17-50542   USA v. Purnell Williams
                             USDC No. 1:16-CR-237-1

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Renee S. McDonough, Deputy Clerk
                                      504-310-7673

cc:
    Ms. Mara Asya Blatt
    Mr. Bradford W. Bogan
    Mr. Joseph H. Gay Jr.
    Mr. David Matthew Cole Peterson