Feb. 27, 2020

Dear Judge Sparks,

I am currently in Travis County jail on a matter I anticipate to be dismissed on March 9th. I was working in a nightclub expediting food orders and helping with various duties when I was attacked with pepper spray. I properly defended myself, however I was charged w/ Assault causing bodily injury. It's a clear case of self-defense so I'm not concerned about this matter. What I'm concerned about is that my P.O. Miguel Rodriguez along w/ Judge Lane will attempt to send me back to prison and here's why. July 2019 I tested positive on a UA, I took a ecstasy pill at a 4th of July party. My P.O. placed me in drug counseling + random UA's, which has been very successful I've had no further UA issues. I've only had issues with my PO giving me incorrect PACT's numbers which has happened twice, between Aug + Sept. During those times I would show up to take a UA only to be told that I wasn't on the list at Hill Country Counseling where I take my UA's. Fortunately that matter was rectified and I had the proper number since then. In Oct 2019 my P.O. attempted to have me sign a document that would

(1)

extend my term of supervision. I refused to sign it and he stated that Judge Lane would want to see me if I didn't sign it, which was fine by me. My P.O. summoned me to Judge Lane's courtroom sometime mid-October along with David Pederson. I still refused to sign this document and I respectfully protested to their attempt to bully me about this document along with the interference of my lunch delivery business and me having to bring my 3 yr. old daughter to this hearing (I still am the primary care-taker for her until she starts pre-school which she has November 2019). Soon as I finished speaking Judge Lane began a tyraid of calling me a "DOPE-HEAD" and began questioning what kind of father I am and that he "smelled a RAT" when it came to me! I completely ignored these personal attacks on my character and asked Mr. Pederson "Is this what I was summoned here for"? To be insulted. Furthermore Judge Lane was upset that I only received a 6-month sentence from you & stated "I don't how that could be" and said if I ever come before him again he's going to send me back to prison. I was told to go submit a UA and I would be free to leave thereafter which I did with my daughter.

(2)

In Nov I began working as the Lead AM & PM Chef for Holiday Inn Express & Hotel Indigo on Red River across from Stubb's BBQ. I still owned & operated my part-time catering business on weekends and began moonlighting at Midtown Sports Bar & Grill on Friday Nights. However I noticed that when I make my daily calls to input my PACT's number the response kept saying my number was INVALID. I kept doing this thru-out November and kept getting the same response. I texted Miguel about the issue and he never responded back to me. I then played it for my counselor Brian at 1411 Guinta on speaker phone twice and received the same invalid number response from the system. I showed Brian my PACT number which is saved in my phone along w/ the 1-800 number. His reply was "That is strange" and advised me to continue calling which I did. This was now Dec 2019 at my 2nd monthly session I believe. On Dec 27th is when the incident occurred at the Bar & Grill and I was taken into custody by APD. I was interviewed by a detective and told her of what happened she stated I would be charged and also that I have a Federal Detainer on me from 2016.

I was baffled at how that could be since I've completed my sentence in regards to the Firearm charge. I was booked into Travis County that night and later transported to TCCC. While here I also found that my P.O. placed a warrant on me for missing two UA's in November! I became seriously suspicious because I feel something nefarious was done with my number in order to "create" a violation and bring me before Judge Lane who has instructed my PO to bring me before him if I had ANY kind of violation, even if I missed a meeting he wanted me before him. He stated this in open court in October. I do not desire to see this man in any such setting and I humbly request that you sir will oversee any hearing that I may have in the near future. Judge Lane has revealed his bias towards me + I am sure my freedom is not secure in his hands. As previously stated I know the Travis County matter will be dismissed and I will be heading to Bastrop or Caldwell County to await a federal hearing date. I have been doing excellent in my business + family affairs + I wish to continue on that path upon release. Thank you for consideration in this urgent matter.

Sincerely,
Purcell Williams

(4)

Purnell Williams PM 9374182
3614 Bill Price Rd
Del Valle, TX. 78617

Judge, Sam Sparks
501 W. 5th St
Austin, TX. 78701

AUSTIN TX 787
RIO GRANDE DISTRICT
02 MAR 2020 PM 5 L

SCREENED BY
MAR 04 2020

78701-381398